# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1024
_____

CRISTINA TARANTOLA, M.D.,

Petitioner,

v.

WILLIAM B. HENGHOLD, M.D.,
P.A.,

Respondent.

_____

Petition for Writ of Prohibition – Original Jurisdiction.

August 30, 2018

PER CURIAM.

DENIED.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Todd M. Ladouceur and Chris K. Ritchie of Galloway, Johnson, Tompkins, Burr & Smith, P.L.C., Pensacola, for Petitioner.

Jeremy C. Branning and Daniel E. Harrell of Clark Partington, Pensacola, for Respondent.